1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W., a minor, | Case No.: 11-CV-1484 RGK (FFMx) |
| Plaintiff, | **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS** |
| vs. | |
| XIRRUS, INC. PPO PLAN; GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, | |
| Defendants. | |

The parties submitted trial briefs, supplemental briefing at the Court's request, and a joint statement of undisputed facts for a bench trial. For the reasons stated in the Court's July 25, 2012 Order (Dkt. No. 35):

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff H.W. take nothing and that judgment is entered in favor of Defendants, Great-West Life & Annuity Insurance Company and Xirrus, Inc. PPO Plan and against Plaintiff. Defendants are the prevailing parties and are awarded costs of

1

1 | suit in the amount to be determined by application to the clerk of
2 | the court.
3 |
4 |     IT IS SO ORDERED.
5 |
6 |
7 | Dated: July 31, 2012

*Gary Klausner*

Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

2