# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W., a minor,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>XIRRUS, INC. PPO PLAN; GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No.: 11-CV-1484 RGK (FFMx)<br><br>**[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANTS** |

The parties submitted trial briefs, supplemental briefing at the Court's request, and a joint statement of undisputed facts for a bench trial. For the reasons stated in the Court's July 25, 2012 Order (Dkt. No. 35):

　　IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff H.W. take nothing and that judgment is entered in favor of Defendants, Great-West Life & Annuity Insurance Company and Xirrus, Inc. PPO Plan and against Plaintiff. Defendants are the prevailing parties and are awarded costs of

1 suit in the amount to be determined by application to the clerk of
2 the court.
3
4     IT IS SO ORDERED.
5
6
7 Dated: July 31, 2012

                              Honorable R. Gary Klausner
8                               UNITED STATES DISTRICT JUDGE